1  Sathya Gosselin (SBN 269171)
   Swathi Bojedla (*pro hac vice* motion forthcoming)
2  **HAUSFELD LLP**
   888 16th Street, N.W., Suite 300
3  Washington, DC 20006
4  Tel: (202) 540-7200
   Fax: (202) 540-7201
5  sgosselin@hausfeld.com
   sbojedla@hausfeld.com
6
7  Renner K. Walker (*pro hac vice* motion forthcoming)
   **HAUSFELD LLP**
8  33 Whitehall Street, 14th Floor
   New York, NY 10004
9  Tel: (646) 357-1100
   Fax: (212) 202-4322
10 rwalker@hausfeld.com
11
   Joanne Bui (SBN 340378)
12 **HAUSFELD LLP**
   600 Montgomery St., Suite 3200
13 San Francisco, CA 94111
   Tel: (415) 633-1908
14 Fax: (415) 633-4980
15 jbui@hausfeld.com
16 *Counsel for Yelp Inc.*

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA

19 **YELP INC.**,                              ) Case Number: 3:24-cv-6101
20 350 Mission Street, 10th Floor              )
   San Francisco, California 94105,            )
21                                             ) **PLAINTIFF YELP INC.'S**
            Plaintiff,                         ) **CERTIFICATION OF CONFLICTS**
22                                             ) **AND INTERESTED ENTITIES OR**
        vs.                                    ) **PERSONS**
23                                             )
   **GOOGLE LLC**,                             )
24 1600 Amphitheatre Parkway                   )
   Mountain View, California 94043,            )
25                                             )
            Defendant.                         )
26                                             )
27                                             )

28
                                            1

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:24-cv-6101

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Yelp Inc. certifies that it has no parent company, and that the following publicly held corporations own 10% or more of its stock:

 1. BlackRock, Inc.

 2. The Vanguard Group, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

 1. BlackRock, Inc.

 2. The Vanguard Group, Inc.

Dated: August 28, 2024

HAUSFELD LLP

By: /s/ Sathya S. Gosselin
Sathya Gosselin (SBN 269171)
Swathi Bojedla (*pro hac vice* motion forthcoming)
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

Renner K. Walker (*pro hac vice* motion forthcoming)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:24-cv-6101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (212) 202-4322
rwalker@hausfeld.com

Joanne Bui (SBN 340378)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
jbui@hausfeld.com

*Counsel for Yelp Inc.*

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:24-cv-6101