# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

YELP INC.,

            Plaintiff,

     v.

GOOGLE LLC,

            Defendant.

Case No. 5:24-cv-06101-SVK

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE AND FOR JUDICIAL NOTICIAL NOTICE, AND MOTION TO DISMISS COMPLAINT**

Date:    December 17, 2024
Time:   10 a.m.
Place:  Courtroom 6, 4th Floor
Judge:  Magistrate Judge Susan van Keulen

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Dismiss Plaintiff's Complaint. The Court, having considered all papers in support of and in opposition to the Motion to Dismiss, the argument of counsel, and for good cause shown:

**HEREBY ORDERS** that Defendant Google LLC's Request for Consideration of Documents Incorporated By Reference and For Judicial Notice is **GRANTED**; and

**FURTHER HEREBY ORDERS** that Defendant Google LLC's Motion to Dismiss is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan van Keulen
UNITED STATES MAGISTRATE JUDGE