[*Submitting counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YELP INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**DECLARATION OF JOHN E. SCHMIDTLEIN IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO DISMISS COMPLAINT**<br><br>Date:　　December 17, 2024<br>Time:　　10 a.m.<br>Place:　　Courtroom 6, 4th Floor<br>Judge:　　Magistrate Judge Susan van Keulen |

I, John E. Schmidtlein, make the following declaration:

1. I am a partner at the law firm of Williams & Connolly LLP, and I represent Defendant Google LLC in the above-captioned case.

2. I submit this declaration in support of Defendant Google LLC's Motion to Dismiss Yelp's Complaint. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration. If called to do so, I could and would testify competently thereto.

3. Attached as Exhibit A to this declaration is a true and correct copy of a document dated August 8, 2012 and located at the website referenced in Yelp's Complaint, https://stratechery.com/wp-content/uploads/2021/03/Staff-Memo.pdf, last accessed on October 28, 2024.

4. Attached as Exhibit B to this declaration is a true and correct excerpted copy of the testimony and written responses of Jeremy Stoppelman, co-founder and Chief Executive Officer of Yelp, for a hearing before the Subcommittee on Antitrust, Competition Policy and Consumer Rights of the 112th Congress, titled *The Power of Google: Serving Consumers or Threatening Competition?*, dated September 21, 2011, last accessed on October 28, 2024 at the publicly available website https://www.govinfo.gov/content/pkg/CHRG-112shrg71471/pdf/CHRG-112shrg71471.pdf.

5. Attached as Exhibit C to this declaration is a true and correct copy of a statement from the Federal Trade Commission, titled "Statement of the Federal Trade Commission Regarding Google's Search Practices," dated January 3, 2013, last accessed on October 28, 2024 at the publicly available website https://www.ftc.gov/system/files/documents/public_statements/295971/130103googlesearchstmtofcomm.pdf.

6. Attached as Exhibit D to this declaration is a true and correct copy of the Google Terms of Service dated May 22, 2024 and located at the website referenced in Yelp's Complaint, https://policies.google.com/terms?hl=en-US#footnote-services, last accessed on October 28, 2024.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024.

                                                                            */s/ John E. Schmidtlein*
                                                                             John E. Schmidtlein