| | |
|---|---|
| Sathya Gosselin, SBN 269171<br>Swathi Bojedla (*pro hac vice*)<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006<br>Telephone:  (202) 540-7200<br>Facsimile:  (202) 540-7201<br>Email:  sgosselin@hausfeld.com<br>         sbojedla@hausfeld.com<br><br>*Attorneys for Plaintiff Yelp Inc.* | John E. Schmidtlein, SBN 163520<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br>Email:  jschmidtlein@wc.com<br><br>*Attorney for Defendant Google LLC* |

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YELP INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:24-cv-06101-SVK<br><br>[~~PROPOSED~~] **STIPULATION REGARDING EXTENSION OF REPLY DEADLINE**<br><br>Judge:  Hon. Susan van Keulen |

1   Pursuant to Civil Local Rule 6-2(a), plaintiff Yelp Inc. ("Plaintiff") and defendant Google
2   LLC ("Defendant") stipulate as follows:
3   WHEREAS, Plaintiff filed its Complaint on August 28, 2024 (Dkt. 1);
4   WHEREAS, Plaintiff and Defendant filed a joint stipulation on September 17, 2024 (Dkt. 15)
5   extending Defendant's deadline to file its response to the Complaint to October 28, 2024;
6   WHEREAS, Defendant filed a motion to dismiss on October 28, 2024 (Dkt. 24) (the
7   "Motion");
8   WHEREAS, Plaintiff's deadline to oppose the Motion is November 11, 2024, which, in view
9   of the federal holiday, will shift to November 12, 2024;
10  WHEREAS, the Motion is noticed for a hearing on December 17, 2024;
11  WHEREAS, Defendant has not previously requested any other extensions for its reply in
12  support of the Motion;
13  WHEREAS, Defendant seeks an extension of time to file a reply to Plaintiff's opposition to
14  the Motion, from November 19, 2024 to November 22, 2024;
15  WHEREAS, Plaintiff consents to this extension of the deadline for Defendant to file a reply;
16  NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective
17  counsel hereby stipulate, subject to the Court's approval, as follows:
18      Defendant's deadline to file a reply to Plaintiff's opposition to the Motion is hereby
19      extended from November 19, 2024 to November 22, 2024.
20  **IT IS SO STIPULATED.**
21  DATED: November 8, 2024

By: */s/ Sathya Gosselin*
Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sgosselin@hausfeld.com
       sbojedla@hausfeld.com

By: */s/ John E. Schmidtlein*
John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

Amit Gressel, SBN 307663
WILSON SONSINI GOODRICH & ROSATI P.C.

- 1 -

Renner K. Walker (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone:  (646) 357-1100
Facsimile:  (212) 202-4322
Email:  rwalker@hausfeld.com

Joanne Bui, SBN 340378
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone:  (415) 633-1908
Facsimile:  (415) 633-4980
Email:  jbui@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Tel: 415-947-2087
agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

**ATTESTATION**

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ John E. Schmidtlein*

**[PROPOSED]** **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 12, 2024

_____
Hon. Susan van Keulen
United States Magistrate Judge

- 4 -
[PROPOSED] STIPULATION REGARDING EXTENSION OF REPLY DEADLINE
5:24-cv-06101-SVK