Sathya S. Gosselin (SBN 269171)
Swathi Bojedla (admitted *pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **YELP INC.,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**YELP'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO GOOGLE'S MOTION TO DISMISS**<br><br>Hon. Magistrate Judge Susan van Keulen |

1    Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Yelp Inc. ("Yelp") respectfully brings to the
2  Court's attention a new decision relevant to Yelp's opposition to Defendant Google LLC's pending
3  motion to dismiss Yelp's claims as time-barred. *See* ECF Nos. 24, 30, 36, 42, and 43.

4    The decision is the Honorable Eumi K. Lee's order denying in relevant part Apple Inc.'s
5  motion to dismiss the plaintiffs' claims as time-barred, in *Julianna Felix Gamboa, et al. v. Apple
6  Inc.,* No. 24-cv-01270-EKL (N.D. Cal.), ECF No. 62, at 4–6 (February 28, 2025). The order is
7  attached as Exhibit A. This order issued after Yelp filed its Opposition to Google's Motion to
8  Dismiss, ECF No. 30, and on the same day that Yelp filed its Response to Google's Supplemental
9  Brief in Support of its Motion to Dismiss Complaint, ECF No. 43.

Dated: March 7, 2025

**HAUSFELD LLP**

By: */s/ Sathya S. Gosselin*
Sathya S. Gosselin (SBN 269171)
Swathi Bojedla (admitted *pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

Renner K. Walker (SBN 295889)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
rwalker@hausfeld.com

Joanne Bui (SBN 340378)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
jbui@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*