Sathya S. Gosselin (SBN 269171)
Swathi Bojedla (admitted *pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W. Suite 600
Washington, DC 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **YELP INC.,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>Hon. Magistrate Judge Susan van Keulen |

PLEASE TAKE NOTICE that as of March 24, 2025, the law firm of HAUSFELD LLP has relocated its Washington, DC and San Francisco, CA offices.

Washington, DC Address:     **HAUSFELD LLP**
1200 17th Street, N.W. Suite 600
Washington, DC 20036

San Francisco Address:     **HAUSFELD LLP**
580 California Street 12th Floor
San Francisco, CA 94111

All facsimile, telephone numbers and e-mail addresses remain the same.

Dated: March 27, 2025     **HAUSFELD LLP**

By: */s/ Sathya S. Gosselin*
Sathya S. Gosselin (SBN 269171)
Swathi Bojedla (admitted *pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W. Suite 600
Washington, DC 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

Joanne Bui (SBN 340378)
**HAUSFELD LLP**
580 California Street 12th Floor
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
jbui@hausfeld.com

Renner K. Walker (SBN 295889)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
rwalker@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*