UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **YELP INC.,**<br><br>                Plaintiff,<br>       v.<br>**GOOGLE LLC,**<br><br>                Defendant. | Case No. 5:24-cv-06101-SVK<br><br>Hon. Magistrate Judge Susan van Keulen |

**DECLARATION OF SATHYA S. GOSSELIN
IN SUPPORT OF YELP'S AMENDED COMPLAINT**

I, Sathya S. Gosselin, declare as follows:

I am an attorney at Hausfeld LLP. I am attorney of record for Plaintiff Yelp Inc. ("Yelp"). I make this declaration to accompany the filing of Yelp's Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify competently to these facts.

Attached as Exhibit 1 is a true and correct copy of the redline version of Yelp's Amended Complaint showing what amendments have been made to Yelp's August 28, 2024, Complaint (ECF No. 1).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of May 2025 in Washington, D.C.

                                                        */s/ Sathya S. Gosselin*
                                                        Sathya S. Gosselin