| | |
|---|---|
| Sathya Gosselin, SBN 269171 | John E. Schmidtlein, SBN 163520 |
| Swathi Bojedla (*pro hac vice*) | Benjamin M. Greenblum (*pro hac vice*) |
| HAUSFELD LLP | WILLIAMS & CONNOLLY LLP |
| 1200 17th Street NW, Suite 600 | 680 Maine Avenue, SW |
| Washington, DC 20036 | Washington, DC 20024 |
| Telephone: (202) 540-7200 | Telephone: (202) 434-5000 |
| Facsimile: (202) 540-7201 | Facsimile: (202) 434-5029 |
| Email: sgosselin@hausfeld.com | Email: jschmidtlein@wc.com |
|         sbojedla@hausfeld.com |         bgreenblum@wc.com |
| | *Attorney for Defendant Google LLC* |
| *Attorneys for Plaintiff Yelp Inc.* | |
| [*Additional counsel listed on signature page*] | [*Additional counsel listed on signature page*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YELP INC., | Case No. 5:24-cv-06101-SVK |
| Plaintiff, | [~~PROPOSED~~] **STIPULATED ORDER REGARDING CASE DEADLINES** |
| v. | |
| GOOGLE LLC, | Judge: Hon. Susan van Keulen |
| Defendant. | |

1    Pursuant to Civil Local Rule 6-2(a) Plaintiff Yelp Inc. ("Plaintiff") and Defendant Google LLC
2    ("Defendant") through their respective counsel stipulate as follows:
3    WHEREAS, Plaintiff filed its Complaint on August 28, 2024 (Dkt. 1);
4    WHEREAS, Defendant filed a motion to dismiss the Complaint on October 28, 2024 (Dkt. 24);
5    WHEREAS, the Court granted in part and denied in part Defendant's motion to dismiss on
6    April 22, 2025 (Dkt. 47);
7    WHEREAS, Yelp filed its First Amended Complaint on May 14, 2025 (Dkt. 50);
8    WHEREAS, the current deadline for Defendant to file its answer or any motion to dismiss
9    concerning the First Amended Complaint is May 28, 2025;
10   WHEREAS, Defendant seeks an extension of such deadline, until June 11, 2025, in order to
11   respond to the First Amended Complaint;
12   WHEREAS, in light of the proposed extension of the deadline for Defendant to file any motion
13   concerning the First Amended Complaint, Plaintiff seeks until June 25, 2025, to file its opposition to
14   any motion concerning the First Amended Complaint, should one be filed;
15   WHEREAS, in such case, Defendant seeks until July 2, 2025, to file a reply in support of any
16   motion concerning the First Amended Complaint;
17   WHEREAS, the parties currently seek no other extensions of case deadlines;
18   NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective
19   counsel hereby stipulate, subject to the Court's approval, as follows:
20       1. Defendant shall respond to the First Amended Complaint on or before June 11, 2025;
21       2. Plaintiff shall file its opposition to any motion Defendant files concerning the First
22          Amended Complaint on or before June 25, 2025; and
23       3. Defendant shall file its reply in support of any motion concerning the First Amended
24          Complaint on or before July 2, 2025.
25   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 23, 2025

By: /s/ *Sathya Gosselin*
Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sgosselin@hausfeld.com
       sbojedla@hausfeld.com

Renner K. Walker (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
Email: rwalker@hausfeld.com

Joanne Bui, SBN 340378
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
Email: jbui@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

By: /s/ *Benjamin M. Greenblum*
John E. Schmidtlein, SBN 163520
Benjamin M. Greenblum (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
       bgreenblum@wc.com

Amit Gressel, SBN 307663
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Tel: 415-947-2087
agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

|     |     |
| --- | --- |
| 1   | [PROPOSED] ORDER |
| 2   | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3   | Date: May 27, 2025 |

                                                                          Hon. Susan van Keulen
                                                                         United States Magistrate Judge