UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YELP INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:     July 29, 2025<br>Time:    10 a.m.<br>Place:    Courtroom 6, 4th Floor<br>Judge:   Magistrate Judge Susan van Keulen |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Partial Motion to Dismiss Plaintiff's Amended Complaint. The Court, having considered all papers in support of and in opposition to the Motion to Dismiss, the argument of counsel, and for good cause shown:

**HEREBY ORDERS** that Defendant Google LLC's Partial Motion to Dismiss is hereby **GRANTED**, and Plaintiff's tying claims (Count IV and so much of Counts I–III and V as rely on such claims) are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan van Keulen
UNITED STATES MAGISTRATE JUDGE