UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC.,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Case No. 24-cv-06101-SVK

**CORRECTED ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; SETTING CASE SCHEDULE**

A case management conference ("CMC") was held in this matter on December 9, 2025. At the CMC, the Court discussed the Parties' proposed case schedule as well as the pending disputes relating to the proposed Order re Electronically Stored Information ("ESI Order") and protective order ("PO"). The Court now **ORDERS** as follows:

The Court enters the following corrected case schedule.

| Scheduled Event | Date |
| --- | --- |
| Completion of document production from *U.S. v. Google* and the FTC Investigation, as well as the opening of third-party discovery | February 2, 2026 |
| Completion of other document/data production | July 1, 2026 |
| Further case management conference | August 11, 2026 |
| Close of fact discovery | December 18, 2026 |
| Opening expert reports due – *i.e.*, for issues on which a party bears the burden of proof | February 19, 2027 |
| Deadline to complete ADR | March 31, 2027 |
| Rebuttal expert reports due – *i.e.*, for issues on which a party does not bear the burden of proof | April 22, 2027 |
| Reply expert reports due – permitted only where responding to new expert opinions or analysis disclosed in the rebuttal expert reports | May 20, 2027 |

| | |
|---|---|
| Close of expert discovery | June 24, 2027 |
| Dispositive and *Daubert* motions | August 26, 2027 |
| Oppositions to dispositive and *Daubert* motions | October 20, 2027 |
| Replies re dispositive and *Daubert* motions | November 18, 2027 |
| Dispositive motion hearing | January 11, 2028 |
| Pretrial conference | May 4, 2028<br><br>Deadlines under Civil Pretrial Standing Order:<br>Deadline to meet and confer re Pretrial Filings:<br>April 4, 2028<br>Pretrial Statement and motions *in limine* due:<br>April 13, 2028<br>Oppositions to motions *in limine* due<br>April 20, 2028 |
| Trial | May 15, 2028 |

With regard to the Parties' dispute re the ESI Order, the Court finds the decision suitable for resolution without oral argument; order to issue. Civil L.R. 7-1(b).

With regard to the Parties' dispute re the PO, Yelp **shall file** its proposed supplemental declarations **no later than December 12, 2025 at Noon**. The Court hereby **SETS** a hearing for the matter for **December 16, 2025 at 1:30pm via videoconference**.

**SO ORDERED.**

Dated: December 11, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge