Sathya S. Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
1200 17th Street N.W. Suite 600
Washington, DC 20036
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
Email:  sgosselin@hausfeld.com
            sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

(*additional counsel listed on signature page*)

John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com
Email:  cconnor@wc.com

*Attorneys for Defendant Google LLC*

(*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **YELP INC.,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**GOOGLE LLC,**<br><br>                              Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**JOINT STATEMENT ON ACCESS TO CONFIDENTIAL INFORMATION IN THE PROTECTIVE ORDER** |

Pursuant to the Court's order, issued during the hearing on the parties' disputes regarding the Protective Order on December 16th, 2025 (ECF No. 77), Yelp Inc. ("Yelp") and Google LLC ("Google") have met and conferred by videoconference and hereby submit this joint statement containing their respective proposals for numerical limits for access to confidential information in § 7.2(b) of the Proposed Protective Order, ECF No. 64-1.

*        *        *

**Yelp's Statement**: Yelp proposes the following language for § 7.2(b).  Modifications from the Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets are <u>underlined</u>:

> <u>No more than 15</u> officers, directors, and employees of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A)<u>---and subject to expansion for good cause…</u>;

**Google's Statement**: Google proposes the following language for § 7.2(b).  Modifications from the Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets are <u>underlined</u>:

> <u>up to one</u> officer, <u>one</u> director, and <u>three</u> employees (including In House Litigation Counsel) of the Receiving Party (a) to whom disclosure is reasonably necessary <u>because of their technical or other specialized knowledge relevant to the subject matter of this litigation</u>, (b) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (c) <u>whose Outside Counsel of Record has provided the opposing party with a copy of the signed Exhibit A</u>;

DATED: December 19, 2025

<table>
<tr>
<td>

By:   <u>/s/ Swathi Bojedla</u><br>
Swathi Bojedla (*pro hac vice*)<br>
Sathya S. Gosselin, SBN 269171<br>
HAUSFELD LLP<br>
1200 17th Street N.W., Suite 600<br>
Washington, DC 20036<br>
Telephone:  (202) 540-7200<br>
Facsimile:  (202) 540-7201<br>
Email:  sgosselin@hausfeld.com<br>
      sbojedla@hausfeld.com

</td>
<td>

By:   <u>/s/ John E. Schmidtlein</u><br>
John E. Schmidtlein, SBN 163520<br>
Colette T. Connor (*pro hac vice*)<br>
WILLIAMS & CONNOLLY LLP<br>
680 Maine Avenue, S.W.<br>
Washington, D.C. 20024<br>
Telephone:  (202) 434-5000<br>
Facsimile:  (202) 434-5029<br>
Email:  jschmidtlein@wc.com<br>
      cconnor@wc.com

</td>
</tr>
</table>

Yixi (Cecilia) Cheng, SBN 325216
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone:  (646) 357-1100
Facsimile:  (212) 202-4322
Email:  ccheng@hausfeld.com

Joanne Bui, SBN 340378
HAUSFELD LLP
580 California St., 12th Floor
San Francisco, CA 94104
Telephone:  (415) 633-1908
Facsimile:  (415) 633-4980
Email:  jbui@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

Amit Gressel
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone: 415-947-2087
Email:  agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street NW
Washington, DC 20006
Telephone: 202-973-8800
Email:  frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

- 3 -