UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  24-cv-06101-SVK<br><br>**ORDER REGARDING PROTECTIVE ORDER AND ELECTRONICALLY-STORED-INFORMATION ORDER DISPUTES**<br><br>Re: Dkt. Nos. 63, 64 |

Before the Court are the Parties' joint submissions regarding (1) a proposed order regarding search and production of electronically stored information ("ESI") and (2) a proposed protective order ("PO").  Dkts. 63-64.  The Court heard argument of counsel regarding the PO dispute on December 16, 2025 and directed the Parties to submit a further joint statement regarding proposed numerical limits for access to confidential information by party-employees.  *See* Dkt. 78.  Having considered the Parties' submissions, oral arguments, the relevant law and the record in this action, the Court now **ORDERS** as follows.

With regard to Section 7(f) of the proposed ESI order, the Court adopts Google's proposal.  *See* Dkt. 63-1 at 8.

With regard to the disputes in PO:

- Section 2.8, the Court adopts Yelp's proposal for designation of up to two In-House Litigation Counsel for whom disclosure is reasonably necessary and who provide an affidavit affirming that they do not have responsibility for competitive or commercial decision-making and agree to abide by the PO.  As indicated during the hearing, the Court further finds that Yelp's head of litigation, James Daire, but not its General Counsel, Aaron Schur, shall be eligible for designation as In-House

Litigation Counsel based on their submitted declarations. *See* 76-1, 76-2.

- Section 5.2(b), the Court adopts Yelp's proposal.
- Section 7.2(b), the Court adopts the following language: "No more than **8** officers, directors, and employees, subject to expansion for good cause, of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);".
- Sections 7.3(c), the Parties are to conform to the Court's ruling above.
- Section 12, the Court adopts Google's proposal.
- Section 13.6, the Court adopts Yelp's proposal.

No later than **January 7, 2026**, the Parties shall submitted final copies of the proposed protective orders for the Court's signature in accordance with these rulings.

**SO ORDERED.**

Dated: December 26, 2025

SUSAN VAN KEULEN
United States Magistrate Judge