Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email:  sgosselin@hausfeld.com
       sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

[*Additional counsel listed on signature page*]

John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email:  jschmidtlein@wc.com
       cconnor@wc.com

*Attorney for Defendant Google LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YELP INC., | ) Case No. 5:24-cv-06101-SVK |
| | ) |
|           Plaintiff, | ) ~~[PROPOSED]~~ STIPULATED ORDER |
| | ) REGARDING CASE DEADLINES |
|       v. | ) |
| | ) Judge:  Hon. Susan van Keulen |
| GOOGLE LLC, | ) |
| | ) |
|           Defendant. | ) |
| | ) |
| | ) |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Yelp Inc. ("Yelp") and Defendant Google LLC ("Google") through their respective counsel stipulate as follows:

WHEREAS, the current deadline for any party to file a dispositive motion is August 26, 2027 (ECF No. 73);

WHEREAS, Yelp intends to seek issue preclusion and partial summary judgment under Fed. R. Civ. P. 56(a), (g), on certain issues adjudicated in *United States v. Google LLC*, Case No. 1:20-cv-03010-APM (D.D.C.) (while also asking to preserve the ability to file a future dispositive motion), and believes that doing so now will yield efficiencies and conserve resources in fact and expert discovery;

WHEREAS, Google filed a notice of appeal of the case identified by Yelp, *see United States, et al. v. Google LLC*, No. 26-5023 (D.C. Cir.), intends to challenge the district court's conclusions as to issues on which Plaintiffs intend to seek issue preclusion, disagrees that the application of issue preclusion is appropriate or would yield efficiencies in this case, and will oppose Yelp's motion, but is willing to agree to a briefing schedule while reserving all rights;

WHEREAS, the parties currently seek no other modifications of case deadlines;

NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective counsel hereby stipulate, subject to the Court's approval, as follows:

1. Yelp shall file its motion for issue preclusion and partial summary judgment under Fed. R. Civ. P. 56(a), (g), on certain issues adjudicated in *United States v. Google LLC*, Case No. 1:20-cv-03010-APM (D.D.C.), on or before April 15, 2026;

2. Google shall file its opposition to any motion Yelp files concerning issue preclusion and partial summary judgment on or before May 13, 2026; and

3. Yelp shall file its reply in support of any motion concerning issue preclusion and partial summary judgment on or before May 27, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

- 1 -

DATED: March 26, 2026

By: /s/ Sathya Gosselin
Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
Ian Engdahl (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email:  sgosselin@hausfeld.com
          sbojedla@hausfeld.com
          iengdahl@hausfeld.com

Yixi (Cecilia) Cheng, SBN 325216
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
Email:  ccheng@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

By: /s/ John E. Schmidtlein
John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email:  jschmidtlein@wc.com
          cconnor@wc.com

Amit Gressel, SBN 307663
**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: 415-947-2087
Email:  agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1700 K Street, NW
Washington, DC 20006
Telephone: 202-973-8800
Email: frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

- 2 -

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:   March 27, 2026                          _____
                                                Hon. Susan van Keulen
                                                United States Magistrate Judge

- 4 -