Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email:  sgosselin@hausfeld.com
          sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

[*Additional counsel listed on signature page*]

John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email:  jschmidtlein@wc.com
          cconnor@wc.com

*Attorney for Defendant Google LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YELP INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:24-cv-06101-SVK<br><br>[PROPOSED] STIPULATED ORDER SETTING FURTHER CASE SCHEDULE<br><br>Judge: Hon. Susan van Keulen |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Yelp Inc. ("Yelp") and Defendant Google LLC ("Google") (together, the "Parties"), through their respective counsel, stipulate as follows:

WHEREAS, the Parties have been working diligently and in good faith to advance discovery in this action, by, among other things, meeting and conferring regarding discovery requests (often multiple times per week), negotiating search terms and custodians, collecting and reviewing documents, and producing documents on a rolling basis;

WHEREAS, notwithstanding the Parties' diligent efforts, the Parties are still finalizing the negotiation of certain search terms that remain the subject of ongoing meet-and-confer discussions;

WHEREAS, the discovery of structured data sought by the Parties in this action is substantial and technically complex, requiring the parties, in consultation with technical personnel, to identify data maintained in various schemas and formats across different data systems and sources; to determine the relevant fields and queries necessary to extract that data; and to negotiate the scope, format, and limitations of party productions, a process that remains ongoing;

WHEREAS, the Parties have recently served limited additional requests for document production;

WHEREAS, despite the substantial progress made to date, the Parties agree that these ongoing search-term and structured-data negotiations and discovery processes make it impracticable for the Parties to complete document production and related discovery by the production deadline set by the current case schedule (ECF No. 73), without the requested extension;

WHEREAS, the Parties agree that an extension of the deadlines as identified below is reasonable and necessary, is sought in good faith and not for purposes of delay, and will permit the orderly completion of discovery in this action;

WHEREAS, the Parties agree that the subsequent case deadlines following the completion of document and data production should be extended accordingly to allow sufficient time for the Parties to complete fact and expert discovery and to prepare any dispositive motions on an orderly schedule;

WHEREAS, after meeting and conferring in good faith the Parties have been unable to agree to dates for the dispositive motion hearing and trial.  Yelp's position is that the dispositive motion

hearing should be set by the Court in March 2028, with a trial date in June 2028.  Google's position is that Yelp's proposed schedule would not permit adequate time for consideration of the dispositive motions and trial preparation, and that the dispositive motion hearing should instead be set by the Court in April 2028 with a trial date no sooner than September 2028.

NOW THEREFORE, pursuant to Local Rule 6-2(a), the Parties through their respective counsel hereby stipulate to and propose the following amended case schedule, subject to the Court's approval:

| Scheduled Event | Current Date (ECF No. 73) | New Date |
| --- | --- | --- |
| Substantial completion deadline for party document production (requests received on or after May 29, 2026 excluded) | | July 29, 2026 |
| Completion of other party document/data production | July 1, 2026 | September 9, 2026 |
| Further case management conference | August 11, 2026 | September 25, 2026 or at the Court's convenience |
| Close of fact discovery | December 18, 2026 | February 26, 2027 |
| Opening expert reports due – *i.e.*, for issues on which a party bears the burden of proof | February 19, 2027 | April 30, 2027 |
| Deadline to complete ADR | March 31, 2027 | June 9, 2027 |
| Rebuttal expert reports due – i.e., for issues on which a party does not bear the burden of proof | April 22, 2027 | July 1, 2027 |
| Reply expert reports due – permitted only where responding to new expert opinions or analysis disclosed in the rebuttal expert reports | May 20, 2027 | August 13, 2027 |
| Close of expert discovery | June 24, 2027 | September 17, 2027 |

- 2 -

| Dispositive and *Daubert* motions | August 26, 2027 | November 17, 2027 |
|---|---|---|
| Oppositions to dispositive and *Daubert* motions | October 20, 2027 | January 14, 2028 |
| Replies re dispositive and *Daubert* motions | November 18, 2027 | February 14, 2028 |
| Dispositive motion hearing | January 11, 2028 | March 28, 2028 |
| Pretrial conference | May 4, 2028<br><br>Deadlines under Civil Pretrial Standing Order:<br><br>Deadline to meet and confer re Pretrial Filings: April 4, 2028<br><br>Pretrial Statement and motions *in limine* due: April 13, 2028<br><br>Oppositions to motions *in limine* due: April 20, 2028 | August 24, 2028<br><br>Proposed Deadlines under Civil Pretrial Standing Order:<br><br>Deadline to meet and confer re Pretrial Filings: July 24, 2028<br><br>**Joint** Pretrial Statement and motions *in limine* due: August 3, 2028<br><br>Oppositions to motions *in limine* due: August 10, 2028 |
| Trial | May 15, 2028 | September 11, 2028 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: June 22, 2026

By: */s/ Sathya Gosselin*
Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
Ian Engdahl (*pro hac vice*)
Jeremy Silas (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email:  sgosselin@hausfeld.com
          sbojedla@hausfeld.com
          iengdahl@hausfeld.com
          jsilas@hausfeld.com

Yixi (Cecilia) Cheng, SBN 325216
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone: (646) 357-1100

By: */s/ John E. Schmidtlein*
John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email:  jschmidtlein@wc.com
          cconnor@wc.com

Amit Gressel, SBN 307663
**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: 415-947-2087
Email:  agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**

- 3 -

Facsimile: (212) 202-4322
Email: ccheng@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

1700 K Street, NW
Washington, DC 20006
Telephone: 202-973-8800
Email: frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

- 4 -

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:   June 22, 2026          

_____
Hon. Susan van Keulen
United States Magistrate Judge

- 6 -