Sathya S. Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sgosselin@hausfeld.com
sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

(*additional counsel listed on signature page*)

John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
cconnor@wc.com

*Attorneys for Defendant Google LLC*

(*additional counsel listed on signature page*)




**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **YELP INC.,** Plaintiff, v. **GOOGLE LLC,** Defendant. | Case No. 5:24-cv-06101-SVK<br><br>**~~[PROPOSED]~~ STIPULATED ORDER MODIFYING DISCOVERY DEADLINE**<br><br>Judge: Hon. Susan van Keulen |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Yelp Inc. ("Yelp") and Defendant Google LLC ("Google") (together, the "Parties"), through their respective counsel, stipulate as follows:

WHEREAS, the Parties have been working diligently and in good faith to advance discovery in this action, including by meeting and conferring regarding discovery requests (often multiple times per week); negotiating search terms, custodians, and structured data collection parameters; collecting and reviewing documents; and producing documents on a rolling basis;

WHEREAS, the discovery of structured data sought by the Parties in this action is substantial and technically complex, and has required the Parties, in consultation with technical personnel, to identify data maintained in various schemas and formats across different data systems and sources; to determine the relevant fields and queries necessary to extract that data; to negotiate the scope, format, and limitation of party productions; to conduct customized data pulls of substantial volumes of data; and to generate bespoke pipelines that join distinct and voluminous datasets;

WHEREAS, by September 9, 2026, the Parties will have completed all agreed-upon document productions;[1]

WHEREAS, notwithstanding the Parties' diligent efforts, for certain requests seeking especially voluminous and complex data, the Parties are still in the process of working with their technical personnel to write and finalize the code that is necessary to conduct the required bespoke data pulls;

WHEREAS, this process is complex, and has proven to be an iterative, time-consuming process to write and execute code that accurately retrieves the requested data;

WHEREAS, despite the substantial progress that the Parties have made on these issues, the Parties agree that the inherent challenge of conducting bespoke data pulls for the requested structured data makes it impracticable for the Parties to complete their data productions by the deadline set by the current case schedule (ECF No. 110), without the requested extension;

[1] The Parties' discussions over a few requests for production continue, with the expectation of agreement or motion practice this fall.

WHEREAS, the Parties agree that an extension of the deadlines as identified below is reasonable and necessary, is sought in good faith and not for purposes of delay, and will permit the orderly completion of discovery in this action;

WHEREAS, the requested modification would only alter the deadline to complete other party document/data production, changing it from September 9, 2026, to October 28, 2026, to accommodate the time needed for certain particularly time-intensive data pulls. The requested modification should not require the movement of any other deadlines;

NOW THEREFORE, pursuant to Local Rule 6-2(a), the Parties through their respective counsel hereby stipulate to and propose the following modification to the case schedule, subject to the Court's approval. All other case deadlines in ECF No. 110 remain in full force and effect.

| **Scheduled Event** | **Current Date (ECF No. 110)** | **New Date** |
|---|---|---|
| Completion of other party document/data production | September 9, 2026 | October 28, 2026 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 8, 2026

By: /s/ *Sathya S. Gosselin*
Sathya Gosselin, SBN 269171
Swathi Bojedla (*pro hac vice*)
Daniel J. Walker (*pro hac vice*)
Ian Engdahl (*pro hac vice*)
Jeremy Silas (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sgosselin@hausfeld.com
sbojedla@hausfeld.com
dwalker@hausfeld.com
iengdahl@hausfeld.com
jsilas@hausfeld.com

By: /*s John E. Schmidtlein*
John E. Schmidtlein, SBN 163520
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
cconnor@wc.com

Amit Gressel, SBN 307663
**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: 415-947-2087
Email: agressel@wsgr.com

Yixi (Cecilia) Cheng, SBN 325216
**HAUSFELD LLP**

33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
Email: ccheng@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

Franklin M. Rubinstein (*pro hac vice*)

**WILSON SONSINI GOODRICH & ROSATI P.C.**
1700 K Street NW
Washington, DC 20006
Telephone: 202-973-8800
Email: frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*