Sathya Gosselin (SBN 269171)
Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

*[Additional counsel on signature page]*

John E. Schmidtlein
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
jschmidtlein@wc.com
cconnor@wc.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YELP INC.,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 5:24-cv-06101-SVK

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIAL FROM NON-PARTY APPLE INC.**

Judge: The Honorable Susan van Keulen

Pursuant to Local Rule 7-12, Plaintiff Yelp Inc. ("Plaintiff") and Defendant Google LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, stipulate as follows:

WHEREAS, Plaintiff commenced the above-captioned action against Defendant in connection with alleged violations of the Sherman Antitrust Act and the California Unfair Competition Law (hereafter the "Action");

WHEREAS, on January 8, 2026, the Court entered a Protective Order (ECF No. 82) governing the designation, use, disclosure, and protection of confidential information produced by parties and non-parties in this Action which permits information to be designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL";

WHEREAS, the Protective Order allows for information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" to be disclosed to the Parties' In-House Counsel (or "In-House Litigation Counsel"), as defined therein, *see* ECF No. 82 at ¶¶ 2.8, 7.2, 7.3;

WHEREAS, on June 10, 2026, Defendant issued a document subpoena to non-party Apple seeking certain documents and data;

WHEREAS, on June 29, 2026, Plaintiff issued a document subpoena to non-party Apple seeking certain documents and data;

WHEREAS, Apple asserts and the Parties do not dispute that Apple's documents and data as requested by the June 10, 2026 and June 29, 2026 subpoenas may contain extremely sensitive, proprietary information, the disclosure of which could create a substantial risk of competitive, commercial, financial, privacy, or other harm that could not adequately be avoided through a less restrictive designation, including because Apple Maps competes with Google Maps and because Apple and Yelp are counterparties in relevant contracts;

WHEREAS, prior to the disclosure in this matter of its confidential information, non-party Apple seeks protections in addition to those set forth in the Protective Order (ECF No. 82) previously stipulated to by the Parties and entered by the Court;

THEREFORE, the Parties, through their counsel, hereby stipulate as follows:

1. Apple may designate qualifying documents, data, and other discovery material as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" in accordance with the terms of this Stipulation. Apple's documents, data, and other discovery material that otherwise qualifies for the designation "HIGHLY CONFIDENTIAL" under the Protective Order may be designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY." Consistent with Paragraph 5.1 of the Protective Order, Apple shall take care to limit any such designations to specific material that qualifies under this standard.
2. Any document, data, or other discovery material designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" shall be subject to the same restrictions, protections, procedures, obligations, and permissible disclosures applicable to material designated "HIGHLY CONFIDENTIAL" under the Protective Order, *except* that no document(s), data, or discovery material(s) designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" shall be disclosed to either party's In-House Counsel.
3. For the avoidance of doubt, documents, data, or other discovery material designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" pursuant to this Stipulation may be disclosed only to those persons authorized to receive "HIGHLY CONFIDENTIAL" information under Paragraphs 7.3(a)–(b) and 7.3(d)–(g) of the Protective Order, but not disclosed to those persons under Paragraph 7.3(c) of the Protective Order, except as otherwise ordered by the Court or agreed to in writing by Apple.
4. For the avoidance of doubt, apart from the modification described in Paragraphs 1-3, Apple's duty to comply with the terms of the Protective Order is otherwise unaffected.

5. Nothing herein shall limit the Plaintiff's or Defendant's use of their own documents, documents in their possession obtained prior to this Stipulation, or documents that are publicly available.

**IT IS SO STIPULATED.**

Dated: September 29, 2026

By: /s/ John E. Schmidtlein
John E. Schmidtlein

John E. Schmidtlein
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
jschmidtlein@wc.com
cconnor@wc.com

Amit Gressel
**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Tel: (415) 947-2087
agressel@wsgr.com

Franklin M. Rubinstein (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI P.C.**
1700 K Street NW, 5th Floor
Washington, DC 20006
Tel: (202) 973-8800
frubinstein@wsgr.com

*Attorneys for Defendant Google LLC*

Dated: September 29, 2026

By: /s/ Sathya Gosselin
Sathya Gosselin

Sathya Gosselin (SBN 269171)
Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
sbojedla@hausfeld.com

Yixi (Cecilia) Cheng (SBN 325216)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

ccheng@hausfeld.com

*Attorneys for Plaintiff Yelp Inc.*

**SIGNATURE ATTESTATION**

I, John E. Schmidtlein, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Disclosure and Use of Discovery Material from Non-Party Apple Inc. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 29, 2026

Respectfully submitted,

By: *<u>/s/ John E. Schmidtlein</u>*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 30, 2026

THE HONORABLE SUSAN VAN KEULEN

United States Magistrate Judge